UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR00274RWS(AGF) |
| ) | |
| JAIME HERNANDEZ and ARAM ) | |
| RAMIREZ-AYON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the motions of Defendant, Aram Ramirez-Ayon, to continue the evidentiary hearing, to permit time to work with newly retained counsel. Neither the government nor co-Defendant Hernandez object.

Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the motions of Aram Ramirez-Ayon are **GRANTED** [Docs. #57 & 58]. The evidentiary hearing on the pretrial motions filed by Defendants Aram Ramirez-Ayon and Jaime Hernandez is hereby continued to **Tuesday, June 9, 2009** at **9:00 a.m.** Defendants are required to be present.

For the reasons set out in Defendant's motions, the Court finds that to deny Defendant Ramirez-Ayon's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation for the hearing on pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and of both Defendants in a speedy trial, and therefore, the time granted to Defendant to investigate and

prepare for the hearing is excluded from computation of Defendants' right to a speedy trial pursuant to 18 U.S.C. § 3161(c)(1).

                                             /s/ Audrey G. Fleissig
                                             AUDREY G. FLEISSIG
                                             UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of May, 2009.